**IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | | |
|---|---|---|
| **SHERRY YOUNG, as Parent of** <br> **Zachary Young, a minor** | | **PLAINTIFF** |
| **v.** | **1:06CV00015-WRW** | |
| **TWIN RIVERS SCHOOL DISTRICT,** <br> **VINCE SAYORS, CALVIN PICKETT,** <br> **MIKE BISSENBACH, ALAN ZIEGER,** <br> **CAROLYN URENO, SHAWN ROSS, and** <br> **JIM RUTLEDGE, in their Official Capacities** <br> **as Board Members; and BRUCE EVANS, in his** <br> **Official and Individual Capacities** | | **DEFENDANTS** |

**JUDGMENT**

In accordance with the Court's Order entered this date, it is Considered, Ordered and Adjudged that Plaintiff's claims should be, and hereby are, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 27th day of October, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE